No. 01–7780. CLEMENTS v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 01–7796. ZAPATA-REYES v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7805. WALKER v. OHIO. Ct. App. Ohio, Hamilton County. Certiorari denied.

No. 01–7811. OLIVARES-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7828. SOLER v. UNITED STATES. C. A. 11th Cir. Certiorari denied.

No. 01–7832. CRISANTE-SALAZAR v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7833. CASTRO-BARRON v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7838. SAUCEDO-GONZALEZ v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 01–7851. VASQUEZ-RESENDIZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 01–7854. LINTON v. WALKER, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–7855. HOOKS v. NORTH CAROLINA. Sup. Ct. N. C. Certiorari denied.

No. 01–7897. PEEPLES v. MITCHELL, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 01–782. YANCEY v. HARRIS. C. A. 9th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 01–874. BIBBY v. PHILADELPHIA COCA-COLA BOTTLING Co. C. A. 3d Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.